# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| TAMMIE TERRY, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:22-CV-0061 (WLS) |
| MONSANTO COMPANY, | : |
| Defendant. | : |

## ORDER

Before the Court is Plaintiff's Withdrawal (Doc. 57) of her Motion in Limine (*Daubert* Motion) to Exclude Dr. Bruce as an expert witness (Doc. 29), filed on June 10, 2024.

The Court enters the instant Order to **ACKNOWLEDGE** and **ACCEPT** Plaintiff's Withdrawal (Doc. 57) of *Daubert* Motion (Doc. 29) as to Dr. Bruce.

**SO ORDERED**, this 12th day of June 2024.

                                           **/s/ W. Louis Sands**
                                           **W. LOUIS SANDS, SR. JUDGE**
                                           **UNITED STATES DISTRICT COURT**