# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| TAMMIE TERRY, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:22-CV-0061 (WLS) |
| MONSANTO COMPANY, | : |
| Defendant. | : |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 61), filed on July 17, 2024. Therein, the Parties stipulate the dismissal of this action with prejudice against Defendant Monsanto Co., with each Party bearing their own attorney's fees and costs. (*Id.*)

Upon consideration thereof, it is hereby **ORDERED** that the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 61) is **ACCEPTED** and **GRANTED**. The Court, therefore, orders that all Plaintiff's claims pending against Defendant are **DISMISSED WITH PREJUDICE** with each Party bearing their own attorney's fees and costs.

**SO ORDERED**, this 22nd day of July 2024.

                                                      **/s/ W. Louis Sands**
                                                      **W. LOUIS SANDS, SR. JUDGE**
                                                      **UNITED STATES DISTRICT COURT**